# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

QUINTON SETTLES
ADC #160480                                                      **PLAINTIFF**

v.                                    **No. 5:18-cv-256-DPM**

**WENDY KELLEY, Director, Arkansas Department
of Correction;   DEXTER PAYNE, Assistant
Director, ADC;   DARRYL GOLDEN, Warden,
Delta Regional Unit, ADC;   THOMAS HURST,
Assistant Warden, Delta Regional Unit; JUSTINE
MINOR, Disciplinary Hearing Officer, Pine Bluff
Unit;   PERCY ARNOLD, Major, Delta Regional
Unit, ADC;   S. McCOY, Disciplinary Notifying
Officer, Delta Regional Unit, ADC;   G. NALLS,
Disciplinary Notifying Officer, Delta Regional
Unit ADC;   and LEATVITA HOWARD,
Corporal, Delta Regional Unit, ADC**              **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the recommendation, № 7, as supplemented and overrules Settle's objections, № 8. FED. R. CIV. P. 72(b)(3). The supplement: Settles doesn't allege that the lack of air conditioning caused him any harm. That claim therefore fails, too. *Irving v. Dormire*, 519 F.3d 441, 448 (8th Cir. 2008). Settles's complaint will be dismissed without prejudice for failure to state a claim. This dismissal a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 November 2018