# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

QUINTON SETTLES
ADC #160480                                                      PLAINTIFF

v.                          No. 5:18-cv-256-DPM

WENDY KELLEY, Director, Arkansas Department
of Correction; DEXTER PAYNE, Assistant
Director, ADC; DARRYL GOLDEN, Warden,
Delta Regional Unit, ADC; THOMAS HURST,
Assistant Warden, Delta Regional Unit; JUSTINE
MINOR, Disciplinary Hearing Officer, Pine Bluff
Unit; PERCY ARNOLD, Major, Delta Regional
Unit, ADC; S. McCOY, Disciplinary Notifying
Officer, Delta Regional Unit, ADC; G. NALLS,
Disciplinary Notifying Officer, Delta Regional
Unit ADC; and LEATVITA HOWARD,
Corporal, Delta Regional Unit, ADC                              DEFENDANTS

## JUDGMENT

Settles's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2018